UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-58-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MIRNA LETICIA DURAN | |

Upon motion of the Defendant, and for good cause shown, it is hereby ORDERED that Docket Entry Number 20 and its accompanying exhibits be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED.

This the __28__ day of December, 2016.

_____
JAMES C. FOX
Senior United States District Judge